1
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MATTHEW D. KLEIFIELD, SB #011564

2
Matthew.Kleifield@lewisbrisbois.com
ROBERT C. ASHLEY, SB #22335

3
Robert.Ashley@lewisbrisbois.com

4
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700

5
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040

6
Facsimile: 602.385.1051

7
Attorneys for Defendant Life Time, Inc.

8

9
UNITED STATES DISTRICT COURT

10
DISTRICT OF ARIZONA, PHOENIX

11

| | |
|---|---|
| 12 Wissam Fayad and Yana Fayad, husband and wife, | Case No. **** |
| 13 | |
| 14 Plaintiffs, | **NOTICE OF REMOVAL** |
| 15 vs. | |
| 16 Life Time, Inc., a foreign corporation doing business in Arizona; Life Fitness, | |
| 17 LLC, a foreign limited liability company doing business in Arizona; John Does I-X; | |
| 18 Jane Does I-X; ABC-XYZ Corporations; and Black and White Partnerships, jointly | |
| 19 and severally, | |
| 20 Defendants. | |

21

22      Pursuant to 28 U.S.C. §§ 1332, 1441, and Local Rule 3.6 ("LRCiv"), Local Rules of

23   the United States District Court for the District of Arizona, Defendant Life Time, Inc.

24   ("Life Time"), by and through undersigned counsel, hereby gives notice of the removal of

25   the above-captioned case from the Superior Court of the State of Arizona, in and for the

26   County of Maricopa, to the United States District Court for the District of Arizona,

27   Phoenix Division, and in support thereof respectfully asserts:

28

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

4891-0273-1051.1

1.     On June 27, 2022, Plaintiffs filed the present lawsuit in the Superior Court of the State of Arizona, in and for the County of Maricopa, Cause No. CV2022-092787.  *See* (a) Complaint; (b) Civil Cover Sheet; (c) Summons to Life Time; (d) Summons to Life Fitness, LLC ("Life Fitness"); and (e) Certificate of Compulsory Arbitration, attached as Exhibits A through E hereto.

2.     This Court has original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."  28 U.S.C. § 1332.

3.     Plaintiffs were residents of Maricopa County, Arizona at the time of filing the Complaint.  *See* Complaint, Exhibit A at ¶ 1.

4.     The citizenship of a natural person is determined by their state of domicile at the time the lawsuit is filed.  *Lew v. Moss*, 797 F.2d 747, 749-50 (9th Cir. 1986); *Agullard v. Principal Life Ins. Co.*, 685 F. Supp. 2d 947, 951 (D. Ariz. 2010).  "Domicile" means the state where the person has "established a 'fixed habitation or abode in a particular place and [intends] to remain there permanently or indefinitely'."  *Id*.

5.     Plaintiff Wissam Fayad, M.D. is licensed to practice medicine in Arizona.  *See* Arizona Medical Board Profile Page, attached as Exhibit F.

6.     Plaintiffs are domiciled in Arizona, and therefore are citizens of the State of Arizona.

7.     Life Time is a Minnesota corporation with its principal place of business in Minnesota.

8.     Life Fitness is a Delaware limited liability company.  Limited liability companies are citizens of every state of which any member is a citizen.  *Snyder v. HSBC Bank, USA, N.A.*, 873 F. Supp. 2d 1139, 1146 (D. Ariz. 2012).  Life Fitness' sole member is Brunswick Corporation, which is a Delaware corporation with its principal place of business in Illinois.  Life Fitness is therefore a citizen of Delaware and Illinois.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4891-0273-1051.1

9.      Pursuant to 28 U.S.C. § 1441(b)(1), the citizenship of Defendants sued under fictitious names (John Does I-X; Jane Does I-X; ABC-XYZ Corporations; and Black and White Partnerships) are disregarded.

10.     Accordingly, complete diversity exists under 28 U.S.C. § 1332(a)(1) because this is a civil action between citizens of different States.

11.     The Complaint alleges Plaintiff Wissam Fayad was exercising on a seated row machine at Life Time's Gilbert, Arizona location when a cable snapped and he fell backwards off the bench.  *See* Exhibit A at ¶ 8.  The Complaint claims Dr. Fayad sustained physical and emotional injuries including permanent physical injuries.  *See id*. at ¶¶ 12-13.

12.     Plaintiff seeks damages for past and possible future medical expenses, past and future loss of income, loss of consortium, and general damages for physical and mental pain and suffering, limitation of normal activities, and loss of enjoyment of life.  *Id*. at pp. 3-4.

13.     Plaintiffs certified this action as "Tier 2" for purposes of discovery pursuant to Rule 26.2, Arizona Rules of Civil Procedure.  "Tier 2" cases are described as those where the plaintiff is claiming more than $50,000 and less than $300,000.

14.     As of May 2021, the mean salary for family medicine physicians in Arizona was $224,220.00, with a standard error rate of 3.5%.  *See* U.S. Bureau of Labor Statistics, Occupational Employment and Wage Statistics (May 2021), retrieved on July 24, 2022 at: https://www.bls.gov/oes/current/oes_az.htm#29-0000.

15.     Pursuant to 27 U.S.C. § 1446(a), a notice of removal "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014).  Evidence to establish the amount in controversy is required "only when the plaintiff contests, or the court questions, the defendant's allegation."  *Id*.

16.     Plaintiffs' Tier 2 designation, and the mean salary of family medicine physicians in the State of Arizona, together support a plausible allegation that the amount in controversy in this case exceeds $75,000.  To the extent Plaintiffs contest, or this Court

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4891-0273-1051.1

3

1  questions, the foregoing allegations, Life Time respectfully requests this Court grant leave

2  to conduct jurisdictional discovery directed to the amount in controversy.

3        17.    Because this is a civil action between parties with complete diversity of

4  citizenship and the amount in controversy, exclusive of interest and costs, exceeds the

5  jurisdictional minimum of $75,000.00, this Court has original subject matter jurisdiction

6  pursuant to 28 U.S.C. § 1332, and this action may be removed pursuant to 28 U.S.C. §

7  1441(a).

8        18.    Co-defendant Life Fitness, LLC ("Life Fitness") has been joined and served.

9  Pursuant to 28 U.S.C. § 1446(b)(2)(A), Life Fitness consents to the removal of this action.

10       19.    The Complaint was served on both Life Time and Life Fitness by certified

11  mail on July 11, 2022.

12       20.    This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it

13  is being filed within thirty (30) days after receipt of the Complaint by Life Time, and all

14  Defendants who have been joined and served have consented to the removal in that time.

15       21.    Pursuant to LRCiv. 3.6(a), a copy of the most recent version of the docket

16  from the Maricopa County Superior Court is attached hereto as Exhibit G.

17       22.    Pursuant to 28 U.S.C. § 1446(a) and LRCiv. 3.6(b), undersigned counsel

18  hereby certifies that exhibits A through E attached hereto constitute true and complete

19  copies of all documents filed in the Superior Court of the State of Arizona, in and for the

20  County of Maricopa.  *See* Declaration of Robert C. Ashley, attached as Exhibit H.

21       23.    Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6(a), a Notification of Filing

22  Notice of Removal in Federal Court in the form attached as Exhibit I is being concurrently

23  filed in Superior Court of the State of Arizona, in and for the County of Maricopa and

24  served upon counsel for Plaintiffs.

25       WHEREFORE, Defendant requests that the above action now pending in the

26  Maricopa County Superior Court be removed to this Court.

27

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4891-0273-1051.1                                    4

1    DATED this 10th day of August, 2022.

2                                 **LEWIS BRISBOIS BISGAARD & SMITH LLP**

3

4

5    By:      /s/ *Robert C. Ashley*
                  Matthew D. Kleifield
6                 Robert C. Ashley
                  *Attorneys for Defendant Life Time, Inc.*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4891-0273-1051.1                              5

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2022 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew L. Riggs, Esq.
EAST VALLEY INJURY LAW
1525 South Greenfield Road, Ste. 100
Mesa, Arizona  85206
matt@eastvalleyinjury.law
*Attorneys for Plaintiffs*


*/s/ Kathryn R. Mascari*

4891-0273-1051.1                                          6