# EXHIBIT A

Complaint

June 27, 2022

Clerk of the Superior Court
*** Electronically Filed ***
B. Silvernail, Deputy
6/27/2022 9:57:03 AM
Filing ID 14483843

Law Offices of

**EAST VALLEY INJURY LAW**
1525 South Greenfield Road, Suite 100
Mesa, Arizona 85206
(480) 542-5000

Matthew L. Riggs (SBN 015532)
(Matt@eastvalleyinjury.law)
*Attorney for Plaintiffs*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

|  |  |
|---|---|
| Wissam Fayad and Yana Fayad, husband and wife, | Case No.: CV2022-092787 |
| Plaintiffs, | **Complaint** |
| Life Time, Inc., a foreign corporation doing business in Arizona; Life Fitness, LLC, a foreign limited liability company doing business in Arizona; John Does I-X; Jane Does I-X; ABC-XYZ Corporations; and Black and White Partnerships, jointly and severally, | **(Tort – Non-motor vehicle)** **(Tier 2)** |
| Defendants |  |

Plaintiffs for their claims against defendants allege:

1. Plaintiffs reside in Gilbert, Maricopa County, Arizona.

2. Defendant Life Time, Inc. is a foreign corporation doing business in Gilbert, Maricopa County, Arizona.

- 1

3.  Defendant Life Fitness, LLC, is a foreign limited liability company doing business in Gilbert, Maricopa County, Arizona.

4.  Defendants John Does I-X, and Jane Does I-X, ABC-XYZ Corporations, and Black and White Partnerships are fictitious names.  Plaintiffs will amend the complaint if and when additional parties are identified and their true and correct names are ascertained.

5.  All acts and omissions by all individual Defendants that are the subject of this complaint were done in Maricopa County and each Defendant either resides or does business in Maricopa County making jurisdiction and venue proper in this court.

6.  Defendants caused an incident to occur in Gilbert, Arizona, Maricopa County, out of which this complaint arises.

7.  The court has jurisdiction of the subject matter of the complaint and of the parties hereto.

8.  On February 18, 2021, Plaintiff Wissam Fayad exercised on a seated row machine at Lifetime Fitness in Gilbert, Arizona.  He had used this machine many times in the past.  He pulled the cable back a few times successfully without incident.  However, during one of the reps, as Wissam pulled the cable back, the cable snapped, causing him to fall backward off the bench, land on the back of his head and neck, then roll backward (doing a complete summersault).

9. Defendants and/or Defendants' suppliers caused the unreasonably dangerous condition and/or the unreasonably dangerous condition existed for a sufficient length of time that, through reasonable diligence, Defendants knew or should have known of the unreasonably dangerous condition.

10. Defendants owed Plaintiffs and other gym members and guests a duty of reasonable care.

11. Defendants breached that duty to Plaintiffs and were negligent.

12. As a direct and proximate consequence of Defendants' negligence, Plaintiff Wissam Fayad suffered physical and emotional injuries.

13. As a direct and proximate result of Defendants' negligence, Plaintiff Wissam Fayad suffered permanent physical injuries.

14. As a direct and proximate result of Defendants' negligence, Plaintiffs incurred past and possible future medical expenses, a substantial limitation of Wissam Fayad's normal activities, interests and hobbies, and both past and future pain and suffering in an amount to be proven at trial.

15. As a direct and proximate result of Defendants' negligence, Plaintiffs suffered a loss of income in an amount to be proven at trial.

16. As a direct and proximate result of Defendants' negligence, Plaintiff Yana Fayad suffered loss of consortium damages in an amount to be proven at trial.

WHEREFORE, Plaintiffs pray for judgment against the Defendants as follows:

1. For medical expenses, past and future, in an amount to be proven at trial;

2. For damages for physical injuries, physical and mental pain and suffering, and limitation of normal activities, including loss of enjoyment of life both past and future, in an amount to be proven at trial;

3. For loss of consortium damages in an amount to be proven at trial;

4. For loss of income in an amount to be proven at trial;

5. For taxable court costs; and

6. For such other and further relief as the Court deems just and proper.

The Plaintiffs herein demands a jury trial.

DATED this _27ᵗʰ_ of June, 2022.

EAST VALLEY INJURY LAW

By: _____

Matthew L. Riggs
1525 S. Greenfield Road, Suite 100
Mesa, AZ  85206
Attorneys for Plaintiffs

- 4

# EXHIBIT B
Civil Cover Sheet

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
B. Silvernail, Deputy
6/27/2022 9:57:03 AM
Filing ID 14483844

**Plaintiff's Attorney:**
Matthew L Riggs
Bar Number: 015532, issuing State: AZ
Law Firm: East Valley Injury Law
1525 S. Greenfield Road Suite 100
Mesa, AZ 85206
Telephone Number: (480)542-5000
Email address: matt@eastvalleyinjury.law

CV2022-092787

**Plaintiffs:**
Wissam Fayad

Yana Fayad

**Defendants:**
Life Time, Inc.

Life Fitness, LLC

Discovery Tier t2

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Negligence

AZTurboCourt.gov Form Set #6948854

# EXHIBIT C
Summons to Life Time, Inc.

Clerk of the Superior Court
*** Electronically Filed ***
B. Silvernail, Deputy
6/27/2022 9:57:03 AM
Filing ID 14483846

Person/Attorney Filing: Matthew L Riggs
Mailing Address: 1525 S. Greenfield Road Suite 100
City, State, Zip Code: Mesa, AZ 85206
Phone Number: (480)542-5000
E-Mail Address: matt@eastvalleyinjury.law
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015532, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Wissam Fayad, et al.
Plaintiff(s),
v.
Life Time, Inc., et al.
Defendant(s).

Case No. **CV2022-092787**

**SUMMONS**

To: Life Time, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #6046854

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 27, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *BRITT SILVERNAIL*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# EXHIBIT D
## Summons to Life Fitness, LLC

Clerk of the Superior Court
*** Electronically Filed ***
B. Silvernail, Deputy
6/27/2022 9:57:03 AM
Filing ID 14483847

Person/Attorney Filing: Matthew L Riggs
Mailing Address: 1525 S. Greenfield Road Suite 100
City, State, Zip Code: Mesa, AZ 85206
Phone Number: (480)542-5000
E-Mail Address: matt@eastvalleyinjury.law
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015532, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Wissam Fayad, et al.<br>Plaintiff(s),<br>v.<br>Life Time, Inc., et al.<br>Defendant(s). | Case No.  **CV2022-092787**<br><br>**SUMMONS** |

To: Life Fitness, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZTurboCourt.gov Form Set #6948854

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 27, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *BRITT SILVERNAIL*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

2

# EXHIBIT E
Certificate of Compulsory Arbitration

Clerk of the Superior Court
*** Electronically Filed ***
B. Silvernail, Deputy
6/27/2022 9:57:03 AM
Filing ID 14483845

Person/Attorney Filing: Matthew L Riggs
Mailing Address: 1525 S. Greenfield Road Suite 100
City, State, Zip Code: Mesa, AZ 85206
Phone Number: (480)542-5000
E-Mail Address: matt@eastvalleyinjury.law
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 015532, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Wissam Fayad, et al.
Plaintiff(s),

v.

Life Time, Inc., et al.
Defendant(s).

Case No.  **CV2022-092787**

**CERTIFICATE OF**
**COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Matthew L Riggs /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #654854

# EXHIBIT F
## Arizona Medical Board Profile Page
## Wissam Fayad, M.D.



# Arizona Medical Board

**MD PROFILE PAGE**



**Arizona Medical Board**

azbomprod.azmd.gov
Printed on 07/24/22 @ 01:08

## General Information

**Wissam A. Fayad MD**
Wissam Fayad Md Pc
1841 W 25th St Ste A
Yuma AZ 85364-7173
Phone: (928) 344-5565

License Number: 35717
License Status: Active
Licensed Date: 06/29/2006
License Renewed: 02/14/2022
Due to Renew By: 03/31/2024
If not Renewed, License  Expires: 07/31/2024

## Education and Training

| | |
|---|---|
| Medical School: | KAUNAS MED INST<br>KAUNAS,<br>Lithuania |
| Graduation Date: | 06/28/1998 |
| Residency: | 07/01/2002 - 06/30/2005 (Internal Medicine)<br>WRIGHT STATE UNIVERSITY SCHOOL OF MEDICINE<br>DAYTON , OH |
| Fellowship: | 07/01/2005 - 06/30/2006 (Geriatrics)<br>STANFORD UNIVERSITY SCHOOL OF MEDICINE<br>STANFORD , CA |
| Area of Interest | Internal Medicine |
| Area of Interest | Geriatric Medicine (Internal Medicine) |

The Board does not verify current specialties. For more information please see the American Board of Medical Specialties website at http://www.abms.org to determine if the physician has earned a specialty certification from this private agency.

## Board Actions

None

A person may obtain additional public records related to any licensee, including dismissed complaints and non-disciplinary actions and orders, by making a written request to the Board. The Arizona Medical Board presents this information as a service to the public. The Board relies upon information provided by licensees to be true and correct, as required by statute. It is an act of unprofessional conduct for a licensee to provide erroneous information to the Board. The Board makes no warranty or guarantee concerning the accuracy or reliability of the content of this website or the content of any other website to which it may link. Assessing accuracy and reliability of the information obtained from this website is solely the responsibility of the user. The Board is not liable for errors or for any damages resulting from the use of the information contained herein.

Please note that some Board Actions may not appear until a few weeks after they are taken, due to appeals, effective dates and other administrative processes.

Board actions taken against physicians in the past 24 months are also available in a chronological list.

Credentials Verification professionals, please click here for information on use of this website.

# EXHIBIT G
Maricopa County
Superior Court Docket
August 10, 2022



Select Language ▼

Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-092787 | Judge: | Thompson, Peter |
| File Date: | 6/27/2022 | Location: | Southeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Wissam Fayad | Plaintiff | Male | Matthew Riggs |
| Yana Fayad | Plaintiff | Female | Matthew Riggs |
| Life Time Inc | Defendant | | Pro Per |
| Life Fitness L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/27/2022 | COM - Complaint | 6/27/2022 | |
| **NOTE:** Complaint | | | |
| 6/27/2022 | CSH - Coversheet | 6/27/2022 | |
| **NOTE:** Civil Cover Sheet | | | |
| 6/27/2022 | CCN - Cert Arbitration - Not Subject | 6/27/2022 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 6/27/2022 | SUM - Summons | 6/27/2022 | |
| **NOTE:** Summons | | | |
| 6/27/2022 | SUM - Summons | 6/27/2022 | |
| **NOTE:** Summons | | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

Case 2:22-cv-01352-SPL   Document 1-3   Filed 08/10/22   Page 21 of 27

# EXHIBIT H
Declaration of Counsel
August 10, 2022

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MATTHEW D. KLEIFIELD, SB #011564
Matthew.Kleifield@lewisbrisbois.com
ROBERT C. ASHLEY, SB #22335
Robert.Ashley@lewisbrisbois.com
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051

Attorneys for Defendant Life Time, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, PHOENIX

| | |
|---|---|
| Wissam Fayad and Yana Fayad, husband and wife,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Life Time, Inc., a foreign corporation doing business in Arizona; Life Fitness, LLC, a foreign limited liability company doing business in Arizona; John Does I-X; Jane Does I-X; ABC-XYZ Corporations; and Black and White Partnerships, jointly and severally,<br><br>            Defendants. | Case No. ****<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. § 1446(a) and LRCiv. 3.6(b), the undersigned, ROBERT C. ASHLEY, hereby declares as follows:

1.    I am counsel for Life Time, Inc. ("Life Time") in this action.

2.    I have firsthand knowledge of the matters set forth herein.

3.    Exhibits A, B, C, D and E to the Notice of Removal filed concurrently herewith constitute true and correct copies of all pleadings and other documents that have been filed with the Superior Court in and for the State of Arizona, Maricopa County.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4869-6992-9003.1

1    I declare under penalty of perjury that the foregoing is true and correct to the best of

2  my knowledge.

3    DATED this 10th day of August, 2022.

4    LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6

7    By: _____/s/ *Robert C. Ashley*_____

     Matthew D. Kleifield

8    Robert C. Ashley

     *Attorneys for Defendant Life Time, Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT I**
# Notification of Notice
# Of Removal

1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MATTHEW D. KLEIFIELD, SB #011564

2

Matthew.Kleifield@lewisbrisbois.com
ROBERT C. ASHLEY, SB #22335

3

Robert.Ashley@lewisbrisbois.com

4

Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700

5

Phoenix, Arizona 85012-2761

6

Telephone: 602.385.1040
Facsimile: 602.385.1051

7

*Attorneys for Defendant Life Time, Inc.*

8

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9

IN AND FOR THE COUNTY OF MARICOPA

10

11

| | |
|---|---|
| Wissam Fayad and Yana Fayad, husband and wife, | Case No. CV2022-092787 |
| Plaintiffs, | **NOTIFICATION OF NOTICE OF REMOVAL** |
| vs. | |
| Life Time, Inc., a foreign corporation doing business in Arizona; Life Fitness, LLC, a foreign limited liability company doing business in Arizona; John Does I-X; Jane Does I-X; ABC-XYZ Corporations; and Black and White Partnerships, jointly and severally, | (Hon. Peter Thompson) |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

TO THE CLERK OF THE COURT, PLAINTIFF AND HIS ATTORNEYS OF RECORD:

23

PLEASE TAKE NOTICE that on the 10th day of August, 2022, Defendant Life

24

Time, Inc. filed its Notice of Removal in the United States District Court for the District of

25

Arizona for removal of this action to that Court.  A full and correct copy of said Notice of

26

Removal is attached hereto as **Exhibit 1**.

27

DATED this 10th day of August, 2022.

28

4878-2884-3819.1

1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

2

3

By: _____/s/ *Robert C. Ashley*_____

4

Matthew D. Kleifield

5

Robert C. Ashley
*Attorneys for Defendant Life Time, Inc.*

6

7

E-FILED this date with:

8

Maricopa County Superior Court

9

COPY of the foregoing e-mailed this date to:

10

Matthew L. Riggs, Esq.

EAST VALLEY INJURY LAW

11

1525 South Greenfield Road, Ste. 100

12

Mesa, Arizona  85206

matt@eastvalleyinjury.law

13

*Attorneys for Plaintiffs*

14

15

_/s/ Kathryn R. Mascari_____

16

17

18

19

20

21

22

23

24

25

26

27

28